SEALED BY ORDER

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3705
    Facsimile: (510) 637-3724
    E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 4-08-70155 WDB |
| Plaintiff, ) | SEALING APPLICATION AND SEALING ORDER |
| vs. ) | |
| ANTONIO DURAN-PEREZ and DANIEL DURAN-PEREZ, ) | |
| Defendant. ) | |

The United States requests that the Complaint, Penalty Sheet, and Arrest Warrants in the above-captioned case filed with the Court on March 19, 2008, be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrants to the United States Attorney's Office or the Federal Bureau of Investigation). The reason for this request is to facilitate the arrest of the defendants. Revealing the Complaint may compromise the arrest of the defendants.

////

////

////

SEALING APPLICATION AND ORDER

Document No.
2V
District Court
Criminal Case Processing

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: March 18, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JAMES C. MANN
Assistant United States Attorney

**ORDER**

On the government's application, the Complaint, Penalty Sheet, and Arrest Warrants filed with the Court on March 19, 2008, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrants to the United States Attorney's Office or the Federal Bureau of Investigation).

IT IS SO ORDERED.

DATED: 3/19/08

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE