AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY:   SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT - U.S
▶ ANTONIO DURAN-PEREZ

DISTRICT COURT NUMBER
CR08-0193 DLJ

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
4:08-70155 WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction     ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No     give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT          Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments:

**ATTACHMENT TO PENALTY SHEET FOR ANTONIO DURAN-PEREZ AND DANIEL DURAN-PEREZ**

**COUNT ONE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

(1) Imprisonment: Maximum Life Imprisonment
    Mandatory Minimum 20 Years Imprisonment
(2) Fine: Maximum $8,000,000
(3) Supervised Release: Maximum Lifetime
    Mandatory Minimum 10-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

(1) Imprisonment: Maximum Life Imprisonment
    Mandatory Minimum 10 Years Imprisonment
(2) Fine: Maximum $4,000,000
(3) Supervised Release: Maximum Lifetime
    Mandatory Minimum 5-Year Term.
(4) Special Assessment: $100.00

**COUNT TWO:** 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) - Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

(1) Imprisonment: Maximum Life Imprisonment
    Mandatory Minimum 20 Years Imprisonment
(2) Fine: Maximum $8,000,000
(3) Supervised Release: Maximum Lifetime
    Mandatory Minimum 10-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

(1) Imprisonment: Maximum Life Imprisonment
    Mandatory Minimum 10 Years Imprisonment
(2) Fine: Maximum $4,000,000
(3) Supervised Release: Maximum Lifetime
    Mandatory Minimum 5-Year Term.
(4) Special Assessment: $100.00

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

E-filing

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S ----
▶ DANIEL DURAN-PEREZ

DISTRICT COURT NUMBER
CR08-0193 DLJ

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
4:08-70155 WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:        Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR ANTONIO DURAN-PEREZ AND DANIEL DURAN-PEREZ

**COUNT ONE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

- (1) Imprisonment: Maximum Life Imprisonment
  Mandatory Minimum 20 Years Imprisonment
- (2) Fine: Maximum $8,000,000
- (3) Supervised Release: Maximum Lifetime
  Mandatory Minimum 10-Year Term
- (4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

- (1) Imprisonment: Maximum Life Imprisonment
  Mandatory Minimum 10 Years Imprisonment
- (2) Fine: Maximum $4,000,000
- (3) Supervised Release: Maximum Lifetime
  Mandatory Minimum 5-Year Term.
- (4) Special Assessment: $100.00

**COUNT TWO:** 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) - Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

- (1) Imprisonment: Maximum Life Imprisonment
  Mandatory Minimum 20 Years Imprisonment
- (2) Fine: Maximum $8,000,000
- (3) Supervised Release: Maximum Lifetime
  Mandatory Minimum 10-Year Term
- (4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed:*

- (1) Imprisonment: Maximum Life Imprisonment
  Mandatory Minimum 10 Years Imprisonment
- (2) Fine: Maximum $4,000,000
- (3) Supervised Release: Maximum Lifetime
  Mandatory Minimum 5-Year Term.
- (4) Special Assessment: $100.00

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

CR08-0193 DLJ

FILED
2008 MAR 26 PM 12:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

E-filing

ANTONIO DURAN-PEREZ and
DANIEL DURAN-PEREZ,

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) – Conspiracy To Possess With Intent To Distribute And To Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession With Intent To Distribute Methamphetamine

A true bill.

_____
Foreman

Filed in open court this __26__ day of
__MARCH   2008__.

_____
Clerk

Bail, $ No process.

Wayne D. Brazil   3/26/08

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |

FILED
2008 MAR 26 PM 12: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTONIO DURAN-PEREZ and<br>DANIEL DURAN-PEREZ,<br><br>  Defendant. | CR08-0193  DLJ<br><br>VIOLATIONS: 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) – Conspiracy To Possess With Intent To Distribute And To Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession With Intent To Distribute Methamphetamine<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) – Conspiracy To Possess With Intent To Distribute And To Distribute Methamphetamine)

On or about March 14, 2008, in the Northern District of California, the defendants,

ANTONIO DURAN-PEREZ and
DANIEL DURAN-PEREZ,

did knowingly and intentionally conspire to possess with intent to distribute and to distribute a

INDICTMENT

Schedule II controlled substance, namely, at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(viii).

COUNT TWO:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession With Intent To Distribute Methamphetamine)

On or about March 14, 2008, in the Northern District of California, the defendants,

ANTONIO DURAN-PEREZ and
DANIEL DURAN-PEREZ,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

DATED:   March 26, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA J.C. MANN

INDICTMENT