UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  4/11/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                  **No.** CR-08-00193-DLJ

**Defendant:** Antonio Duran- Perez [present; in custody; spanish interpreter]
              Daniel Duran-Perez [present; in custody; spanish interpreter]

**Appearances for AUSA:** James Mann

**Appearances for Defendant :** Def Antonio Duran-Perez: Hugh Levine
                                Def  Daniel Duran-Perez: Laura Robinson

**Interpreter:** <u>Angela Zawadzki- spanish interpreter</u>

**Probation Officer:**

**Reason for Hearing:**                 **Ruling:**
SETTING/STAT                            -HELD

**Notes:**

**Case Continued to   6/6//8 AT 9:00AM     for  Motions (if filed) or Change of Plea(both defs)**

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                      for Pretrial Conference

**Case Continued to**         for           Trial

**Excludable Delay: Category: Begins:    4/11/08       Ends: 6/6/08**