UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  June 6, 2008

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

v.                                                                                  **No.** CR-08-00193-DLJ

**Defendant:** Antonio Duran-Perez [present; in custody; spanish int.]
            Daniel Duran-Perez [present; in custody; spanish int.]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:**  Def Antonio Duran-Perez - Hugh Levine
                               Def Daniel Duran-Perez- Hugh Levine for **Laura Robinson**

**Interpreter:** Angela Zawadzki, spanish interpreter

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to**   7/11/08 AT 9:00AM    for  Status or Change of Plea (both Defendants)

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      Opposition Due:
**Case Continued to**                  for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**   6/6/08       **Ends:** 7/11/08