UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: July 11, 2008

**Clerk:** Frances Stone
**Court Reporter:** IRENE RODRIGUEZ

**Plaintiff:** United States

**v.**                                                        **No.** CR-08-00193-DLJ

**Defendant:** Antonio Duran-Perez [present; in custody; spanish interpreter]
Daniel Duran-Perez [present; in custody; spanish interpreter]

**Appearances for AUSA:** Chinhayi Coleman (for James Mann)

**Appearances for Defendant:** Antonio Duran-Perez: Hugh Levine
Daniel Duran-Perez : Laura Robinson

**Interpreter:** Angela Zawadski, Spanish Interpreter

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to** 8/8/08 AT 9:00AM    **for** CHANGE OF PLEA (both defendants)

**Case Continued to:**        **for**
**Case Continued to:**        **for**
**Motions to be filed by:**    **Opposition Due:**

**Case Continued to**                    **for Pretrial Conference**

**Case Continued to**        **for**        **Trial**

**Excludable Delay: Category: Begins:** 7/11/08        **Ends:** 8/8/08