UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   August 8, 2008

**Clerk:** Frances Stone
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

v.                                                         **No.** CR-08-00193-DLJ

**Defendant:** Antonio Duran- Perez [present; in custody; spanish interpreter]
              Daniel Duran- Perez [present; in custody; spanish interpreter]


**Appearances for AUSA:** James Mann


**Appearances for Defendant:**  Def Antonio Duran- Perez: Hugh Levine
                                Def Daniel Duran- Perez: Laura Robinson


**Interpreter:** <u>Ines Swaney- Spanish Interpreter</u>

**Probation Officer:**


| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |
| Change of Plea- Not Held | |


**Notes:**

**Case Continued to   9/5/08 at 9:00AM    for  Stat or Change of Pleas**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:
**Case Continued to**                    for Pretrial Conference
**Case Continued to**          for            Trial


**Excludable Delay: Category: Begins:   8/8/08       Ends: 9/5/08**