**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:   September 5, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                 **No.** CR-08-00193-DLJ

**Defendant:** Daniel Duran-Perez [present; in custody; spanish interpreter]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Laura Robinson

**Interpreter:** <u>Haydee Claus- Spanish Interpreter</u>

**Probation Officer:**

**Reason for Hearing:**                  **Ruling:**

**Notes:**

**Case Continued to   10/3/08 at 9:00AM    for  Stat or Change of Plea**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                            **for Pretrial Conference**

**Case Continued to**          for                Trial

**Excludable Delay: Category: Begins:  9/5/08         Ends: 10/3/08**